**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eileen Cera                        CHAPTER 13

Debtor(s)

BKY. NO. 25-13589 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

                                              Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
11 Sep 2025, 15:01:05, EDT

            KML Law Group, P.C.
            701 Market Street, Suite 5000
            Philadelphia, PA 19106-1532
            (215) 627-1322

Document ID: 152cc93f1eb737eb2759ee6128523306012a21f06dcc06c372a6592b839d61a9