**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Eileen Cera                                                    CHAPTER 13

　　　　　　　　　　　Debtor(s)

BKY. NO. 25-13589 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of US Bank Trust National Association, Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　/s/ *Matthew Fissel*
　　　　　　　　　　　　　　　　　Matthew Fissel
　　　　　　　　　　　　　　　　　11 Sep 2025, 15:01:05, EDT

　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　　(215) 627-1322

Document ID: 152cc93f1eb737eb2759ee6128523306012a21f06dcc06c372a6592b839d61a9