# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  EILEEN CERA           :     CHAPTER 13
                              :
**Debtor**                    :     NO. 25-13589

## ORDER

AND NOW, this 23rd day of September, 2025, upon consideration of the Motion for Extension of Time filed by Paul H. Young, Esquire, Attorney for Debtor, it is hereby ORDERED that the Debtor be granted an extension to **October 3, 2025** in which to file the Debtors' Schedules, Statement of Financial Affairs, Form 122C-1, and Chapter 13 Plan.

_____
J. PATRICIA M. MAYER