Certificate Number: 03621-PAE-DE-040169629

Bankruptcy Case Number: 25-13589



03621-PAE-DE-040169629

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 6, 2025</u>, at <u>9:07</u> o'clock <u>PM EDT</u>, <u>Eileen Cera</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: October 6, 2025

By: /s/Frances Palenzuela

Name: Frances Palenzuela

Title: Credit Counselor