

Mill Hill Child & Family Development Corporation - 101 Oakland Street - Trenton, NJ 08618 - 609-989-7333

Voucher #: 027150   Sort Order: 8

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Eileen Cera - (U17558) | 07-18-2025 | xxx-xx-5399 | 06-29-2025 | 07-12-2025 | 10338837 |

Federal Tax-Status SS  Allowances Single          State Tax - Status NONE  Allowances NONE

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-07-2025 | PERSONAL TIME | 24.0000 | 4.62 | 110.88 |
| 07-12-2025 | REGULAR PAY | 24.0000 | 35.75 | 858.00 |
| | Total(s): | | 40.37 | 968.88 |

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 40.00 | 560.00 |
| CRIT | 26.03 | 364.42 |
| VISION PRE T | 3.03 | 42.42 |
| DENTAL PRE T | 2.03 | 28.42 |
| FEDERAL TAX | 34.69 | 1137.00 |
| MEDICARE | 13.40 | 278.97 |
| SOC SECURITY | 57.28 | 1192.82 |
| NJ DISABILITY | 2.23 | 45.69 |
| NJ UI/HC/WD | 4.12 | 84.45 |
| NJ FAMILY LEAVE | 3.20 | 65.57 |
| PA INCOME TAX | 28.36 | 590.63 |
| MORRISVILLE, PA | 9.24 | 192.40 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02553 | 745.27 |
| Total: | | 745.27 |

Net Pay: **$745.27**
Net Pay YTD: **$15,287.05**

Total(s): 223.61   4,582.79

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 15726.00 |
| HOLIDAY | 2592.00 |
| PERSONAL TIME | 831.84 |
| BEREAVEMENT | 720.00 |
| Total: | $19,869.84 |

**PAID TIME OFF**

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| PTO | 0.00 | 57.75 | 55.44 | 2.31 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| AETNA EPO 0-100 | -40.00 | 4946.97 |
| LOW PPO | -2.03 | 104.93 |
| MET VSP | -3.03 | 43.61 |
| Total(s): | -45.06 | 5,095.51 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information. Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Build: RRT-6274         Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237

---

Mill Hill Child & Family Development Corporation
ENGAGE PEO II
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

10338837
07-18-2025

AMOUNT: ** VOID **

Pay: Non-negotiable

To The Order Of:
Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067

---

Mill Hill Child & Family Development Corporation
ENGAGE PEO II
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
005-11

Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067



Mill Hill Child & Family Development Corporation - 101 Oakland Street - Trenton NJ 08618 - 609-989-7333
Voucher #: 028247 Sort Order: 7

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Eileen Cera - (U17558) | 08-01-2025 | XXX-XX-5399 | 07-13-2025 | 07-26-2025 | 10391276 |

Federal Tax-Status SS Allowances Single    State Tax - Status NONE Allowances NONE

**CURRENT EARNINGS DETAIL**

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-14-2025 | PERSONAL TIME | 24.0000 | 2.30 | 55.20 |
| 07-26-2025 | REGULAR PAY | 24.0000 | 1.96 | 47.04 |
| 07-26-2025 | REGULAR PAY | 24.0000 | 42.04 | 1008.96 |

Total(s): 46.30  1,111.20

**DEDUCTIONS / TAXES**

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 40.00 | 600.00 |
| CRIT | 26.03 | 390.45 |
| VISION PRE T | 3.03 | 45.45 |
| DENTAL PRE T | 2.03 | 30.45 |
| FEDERAL TAX | 49.53 | 1186.53 |
| MEDICARE | 15.45 | 294.42 |
| SOC SECURITY | 66.10 | 1258.92 |
| NJ DISABILITY | 2.56 | 48.25 |
| NJ UI/HC/WD | 4.72 | 89.17 |
| NJ FAMILY LEAVE | 3.67 | 69.24 |
| PA INCOME TAX | 32.73 | 623.36 |
| MORRISVILLE,PA | 10.66 | 203.06 |

**DIRECT DEPOSIT**

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02553 | 854.69 |

Net Pay: **$854.69**
Net Pay YTD: **$16,141.74**

Total: 854.69
Total(s): 256.51  4,839.30

**Y-T-D EARNINGS**

| Description | Amount |
|---|---|
| REGULAR PAY | 16782.00 |
| HOLIDAY | 2592.00 |
| PERSONAL TIME | 887.04 |
| BEREAVEMENT | 720.00 |

**PAID TIME OFF**

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| PTO | 0.00 | 60.00 | 57.74 | 2.26 |

**EMPLOYER CONTRIBUTIONS**

| Description | Amount | Y-T-D |
|---|---|---|
| AETNA EPO 0-100 LOW PPO | 746.71 | 5693.68 |
| | 17.02 | 121.95 |
| MET VSP | 9.26 | 52.87 |

Total: $20,981.04
Total(s): 772.99  5,868.50

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information. Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237
Build: RRT-6274

Mill Hill Child & Family Development Corporation
ENGAGE PEO II
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

10391276
08-01-2025

AMOUNT
** VOID **

Pay: Non-negotiable

To The Order Of:
Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067

Mill Hill Child & Family Development Corporation
ENGAGE PEO II
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
005-11

Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067

Mill Hill Child & Family Development Corporation - 101 Oakland Street - Trenton, NJ 08618 - 609-989-7333

Voucher #: 028516 Sort Order: 7

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Eileen Cera - (U17558) | 08-15-2025 | XXX-XX-5399 | 07-27-2025 | 08-09-2025 | 10447200 |

Federal Tax-Status SS Allowances Single                                    State Tax - Status NONE Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 07-28-2025 | SICK | 24.0000 | 0.37 | 8.88 |
| 07-28-2025 | SICK | 24.0000 | 1.88 | 45.12 |
| 08-09-2025 | REGULAR PAY | 24.0000 | 45.50 | 1092.00 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| MED PRE TAX | 40.00 | 640.00 |
| CRIT | 26.03 | 416.48 |
| VISION PRE T | 3.03 | 48.48 |
| DENTAL PRE T | 2.03 | 32.48 |
| FEDERAL TAX | 53.71 | 1240.24 |
| MEDICARE | 15.97 | 310.39 |
| SOC SECURITY | 68.26 | 1327.18 |
| NJ DISABILITY | 2.64 | 50.89 |
| NJ UI/HC/WD | 4.87 | 94.04 |
| NJ FAMILY LEAVE | 3.78 | 73.02 |
| PA INCOME TAX | 33.80 | 657.16 |
| MORRISVILLE, PA | 11.01 | 214.07 |

Total(s):  47.75  1,146.00

| Type | DIRECT DEPOSIT Account | Amount |
|---|---|---|
| CHECKING | 02553 | 880.87 |

**Net Pay: $880.87**

**Net Pay YTD: $17,022.61**

Total: 880.87

Total(s): 265.13  5,104.43

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 17874.00 |
| HOLIDAY | 2592.00 |
| PERSONAL TIME | 887.04 |
| BEREAVEMENT | 720.00 |
| SICK | 54.00 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|
| PTO | 0.00 | 2.31 | 0.00 | 2.31 |

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| AETNA EPO 0-100 | -40.00 | 5653.68 |
| LOW PPO | -2.03 | 119.92 |
| MET VSP | -3.03 | 49.84 |

Total: $22,127.04

Total(s): -45.06  5,823.44

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information.
Please visit www.engagepeo.com and choose the Employee Login menu option to register.
Best wishes for a Happy Birthday!

Build: RRT-6274                                    Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237

---

Mill Hill Child & Family Development Corporation                               10447200
ENGAGE PEO II                                                                  08-15-2025
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of: Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067

---

Mill Hill Child & Family Development Corporation
ENGAGE PEO II
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
005-11

Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067



Mill Hill Child & Family Development Corporation - 101 Oakland Street - Trenton, NJ 08618 - 609-989-7333

Voucher #: 028887  Sort Order: 9

| Employee ID | Check Date | Soc-Sec-Num | Period Start | Period End | Check No |
|---|---|---|---|---|---|
| Eileen Cera - (U17558) | 08-29-2025 | XXX-XX-5399 | 08-10-2025 | 08-23-2025 | 10505960 |

Federal Tax-Status SS  Allowances Single            State Tax - Status NONE  Allowances NONE

### CURRENT EARNINGS DETAIL

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 08-23-2025 | REGULAR PAY | 24.0000 | 2.67 | 64.08 |
| | Total(s): | | 2.67 | 64.08 |

### DEDUCTIONS / TAXES

| Description | Amount | Y-T-D |
|---|---|---|
| CRIT | -33.59 | 382.89 |
| VISION PRE T | 0.00 | 48.48 |
| DENTAL PRE T | 0.00 | 32.48 |
| MED PRE TAX | 0.00 | 640.00 |
| FEDERAL TAX | 0.00 | 1240.24 |
| MEDICARE | 0.93 | 311.32 |
| SOC SECURITY | 3.97 | 1331.15 |
| NJ DISABILITY | 0.15 | 51.04 |
| NJ UI/HC/WD | 0.27 | 94.31 |
| NJ FAMILY LEAVE | 0.21 | 73.23 |
| PA INCOME TAX | 1.97 | 659.13 |
| MORRISVILLE,PA | 0.64 | 214.71 |

### DIRECT DEPOSIT

| Type | Account | Amount |
|---|---|---|
| CHECKING | 02553 | 89.53 |
| Total: | | 89.53 |

**Net Pay: $89.53**
**Net Pay YTD: $17,112.14**

Total(s): -25.45  5,078.98

### Y-T-D EARNINGS

| Description | Amount |
|---|---|
| REGULAR PAY | 17938.08 |
| HOLIDAY | 2592.00 |
| PERSONAL TIME | 887.04 |
| BEREAVEMENT | 720.00 |
| SICK | 54.00 |
| Total: | $22,191.12 |

### PAID TIME OFF

| Desc | C/O | Accrued | Used | Bal |
|---|---|---|---|---|

### EMPLOYER CONTRIBUTIONS

| Description | Amount | Y-T-D |
|---|---|---|
| AETNA EPO 0-100 | 0.00 | 5653.68 |
| LOW PPO | 0.00 | 119.92 |
| MET VSP | 0.00 | 49.84 |
| Total(s): | 0.00 | 5,823.44 |

IMPORTANT MESSAGE: Your employer will email you important payroll and benefits information. Please visit www.engagepeo.com and choose the Employee Login menu option to register.

Query: HRP_CHECKS.MVQ Version: Legal_PTO 25.06.237
Build: RRT-6274

Mill Hill Child & Family Development Corporation
ENGAGE PEO II
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

10505960
08-29-2025

AMOUNT

** VOID **

Pay: Non-negotiable

To The Order Of:
Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067

Mill Hill Child & Family Development Corporation
ENGAGE PEO II
4211 W BOY SCOUT BLVD, STE 500
TAMPA, FL 33607

1
005-11

Eileen Cera
300 North Lafayette Avenue
MORRISVILLE, PA 19067