**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **EILEEN CERA** | : | Case No. 25-13589 (PMM) |
| Debtor(s) | : | |

# **O R D E R**

**AND NOW,** after notice and hearing, and, as discussed in open court at the hearing held in this matter on February 3, 2026,

It is hereby **ORDERED** that confirmation of Debtor's Chapter 13 Plan is **DENIED**.

_Patricia M. Mayer_

**Date: 2/3/2026**

       **HON. PATRICIA M. MAYER**
       **U.S. BANKRUPTCY JUDGE**